Case: 1:22-mj-00159
Assigned To : Harvey, G. Michael
Assign. Date : 7/14/2022
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On July 13, 2022, law enforcement officers executed a Federal search warrant on the known residence of TAYION HAMIEL-WARD, located at xxxx Xxxxxxx Xxxxxx, Xxxxxxxxx, Washington DC.  At approximately 6:00 a.m., members of the Drug Enforcement Administration (DEA) Special Response Team (SRT) conducted a knock and announce, announcing the presence of police officers with a search warrant. Upon approach, DEA SRT observed an individual look through a window on the second floor. After waiting a reasonable amount of time, with no answer, DEA SRT breached the front door. Upon entry, DEA SRT observed four individuals on the stairwell leading to the second floor. All four individuals were called down to the first floor and secured. DEA SRT cleared the residence without incident.

The individuals present were HAMIEL-WARD, Diamond Hill, and Hill's two minor children.

Officers spoke to Hill and HAMIEL-WARD upon entry.  Hill stated she lived at xxxx Xxxxxxx Xxxxxx, Xxxxxxxxx, Washington DC. HAMIEL-WARD stated he lived at xxxx Xxxxxxxxxx Xxxx, Xxxxxxxx Xxxx, MD, but also stated he stayed with Hill and stayed in her bedroom.

Officers searched the house.  In Hill's bedroom, in which HAMIEL-WARD stated he stayed, officers found men's clothing and documents bearing HAMIEL-WARD's name.  Officers found bags of a green leafy substance that field tested for positive for marijuana weighing approximately 208.9 grams, a digital scale, and plastic bags on the bedroom floor.  In the walk-in closet attached to the bedroom, officers found a trash bag containing a Palmetto, model PA-15, multi caliber pistol, S/N: SCD726460, a P MAG 30 round capacity magazine, and 26 rounds of assorted ammunition.  Also in the closet, in a black duffle bag, officers found a Masterpiece Arms, model Defender, 9mm pistol, S/N: FX14818, a Masterpiece Arms extended magazine, and a jewelry chain with a pendant that spelled "JUGG."  Law enforcement know HAMIEL-WARD's rapper name to be "Taedoe Jugg", indicating the "Jugg" chain as belonging to HAMIEL-WARD. Officers found a laundry bag in the closet as well, containing approximately 1,365.9 grams, of a green leafy substance that field tested for positive for marijuana.  Finally, officers found a small digital scale in the pocket of a pair of jeans in the closet, and $2800 in U.S. currency.

HAMIEL-WARD pled guilty on December 17, 2021 to carrying a pistol without a license outside of a home or business, an offense punishable by more than one year imprisonment.  He was sentenced on February 23, 2022.  D.C. Superior Court Case 2021 CF2006291.

Based on the foregoing, your affiant submits that there is probable cause to believe that HAMIEL-WARD violated 18 U.S.C. § 922(g), which makes it a crime to possess a firearm after being convicted of a crime punishable by imprisonment for a term exceeding one year.

Your affiant also submits that there is probable cause to believe that HAMIEL-WARD violated 21 U.S.C. § 841(a)(1) and § 841(b)(1)(D), which makes it a crime to possess with intent to distribute marijuana.

Your affiant also submits that there is probable cause to believe that HAMIEL-WARD violated 18 U.S.C. § 924(c), which makes it a crime to use, carry or possess a firearm during and in relation to a drug trafficking offense.

_____
SPECIAL AGENT NICCOLO COIA
Bureau of Alcohol, Tobacco,
Firearms, and Explosives


*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 14th day of July, 2022.*

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE